UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ATCHAFALAYA BASINKEEPER, LOUISIANA CRAWFISH PRODUCERS ASSOCIATION-WEST, GULF RESTORATION NETWORK, WATERKEEPER ALLIANCE, and SIERRA CLUB and its DELTA CHAPTER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS<br><br>Defendant. | Civ. No. 3:18-cv-00023-SDD-EWD<br><br>MOTION TO STRIKE NOTICE OF APPEARANCE OF JAIMINI PAREKH |

COME NOW Plaintiffs and move this court to strike Plaintiffs' Notice of Appearance of Jaimini Parekh as filed with this court on January 23, 2018, as docket No. 7.

Respectfully submitted this 24th day of January, 2018.

Jaimini Parekh
CABA #309983
*(Pro Hac Vice Application Pending)*
Jan E. Hasselman
WSBA #29107
*(Lead Attorney; Admitted Pro Hac Vice)*
Earthjustice
705 2nd Avenue, Suite 203
Seattle, WA 98104
Ph: (206) 343-7340
Fax: (206) 343-1526
jhasselman@earthjustice.cor
jparekh@earthjustice.org

1

Adrienne Bloch
CABA #215471
*(Admitted Pro Hac Vice)*
50 California St. Suite 500
San Francisco, CA 94111
Ph: (415) 217-2000
Fax: (415) 217-2040
abloch@earthjustice.org
*Attorneys for Plaintiffs*

Alisa Coe
LSBA #27999
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
Ph: (850) 681-0031
Fax: (850) 681-0020
acoe@earthjustice.org
*Local Counsel for Plaintiffs*

Misha L. Mitchell,
LSBA #37506
Atchafalaya Basinkeeper
47 Mt Laurel Ave
Birmingham, AL 35242
Phone: (225) 692-1133
Fax: (225) 692-4114
basinkeeperlegal@gmail.com
*Attorney for Atchafalaya Basinkeeper*