UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ATCHAFALAYA BASINKEEPER, LOUISIANA CRAWFISH PRODUCERS ASSOCIATION-WEST, GULF RESTORATION NETWORK, WATERKEEPER ALLIANCE, and SIERRA CLUB and its DELTA CHAPTER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS<br><br>Defendant. | Civ. No. 3:18-cv-00023-SDD-EWD<br><br>MOTION FOR A PRELIMINARY INJUNCTION |

    Pursuant to Fed. R. Civ. P. 65, plaintiffs Atchafalaya Basinkeeper, Louisiana Crawfish Producers Association-West, Gulf Restoration Network, Waterkeeper Alliance, and Sierra Club and its Delta Chapter, hereby move for a preliminary injunction. Plaintiffs ask this Court to enjoin defendant U.S. Army Corps of Engineers ("Corps") to withdraw Permit MVN-2015-02295-WII (submitted to this Court as Exhibit 25 to the Declaration of Jan E. Hasselman) as applied to the entirety of the Atchafalaya Basin. This motion is supported by a memorandum of points and authorities, and the declarations of Jan E. Hasselman, Ivor van Heedren, Ph. D., William Conner, Ph. D., Daniel Estrin, Jody Meche, Scott Eustis, Dean Wilson and Martial Reuben Broussard, and exhibits thereto. A proposed order is attached.

    Respectfully submitted this 29th day of January, 2018.

                                                      Jan E. Hasselman
                                                      WSBA #29107
                                                      *(Lead Attorney; Admitted Pro Hac Vice)*

1

Jaimini Parekh
CABA #309983
*(Admitted Pro Hac Vice)*
Earthjustice
705 2nd Avenue, Suite 203
Seattle, WA 98104
Ph: (206) 343-7340
Cell: (206) 719-6512
Fax: (206) 343-1526
jhasselman@earthjustice.cor
jparekh@earthjustice.org

Adrienne Bloch
CABA #215471
*(Admitted Pro Hac Vice)*
50 California St. Suite 500
San Francisco, CA 94111
Ph: (415) 217-2000
Fax: (415) 217-2040
abloch@earthjustice.org
*Attorneys for Plaintiffs*

/s/ Alisa Coe

Alisa Coe
LSBA #27999
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
Ph: (850) 681-0031
Fax: (850) 681-0020
acoe@earthjustice.org
*Local Counsel for Plaintiffs*

Misha L. Mitchell,
LSBA #37506
Atchafalaya Basinkeeper
47 Mt Laurel Ave
Birmingham, AL 35242
Phone: (225) 692-1133
Fax: (225) 692-4114
basinkeeperlegal@gmail.com
*Attorney for Atchafalaya Basinkeeper*