## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ATACHAFALAYA BASINKEEPER, LOUISIANA CRAWFISH PRODUCERS ASSOCIATION-WEST, GULF RESTORATION NETWORK, WATERKEEPER ALLIANCE, and SIERRA CLUB and its DELTA CHAPTER<br><br>VERSUS<br><br>U.S. ARMY CORPS OF ENGINEERS | CIVIL ACTION<br><br>18-23-SDD-EWD |

### ORDER

**CONSIDERING** the *Unopposed Motion to Intervene*[1] filed by Bayou Bridge Pipeline, LLC in the above captioned matter;

**IT IS HEREBY ORDERED** that the Motion is GRANTED and Bayou Bridge Pipeline, LLC may intervene in these proceedings.

Signed in Baton Rouge, Louisiana on January 30, 2018.

_____
**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 13.

1