IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ATCHAFALAYA BASINKEEPER, LOUISIANA CRAWFISH PRODUCERS ASSOCIATION-WEST, GULF RESTORATION NETWORK, WATERKEEPER ALLIANCE, and SIERRA CLUB and its DELTA CHAPTER,<br><br>                    Plaintiffs,<br><br>    v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>                    Defendant. | Case No. 3:18-cv-00023-SDD |

**PROPOSED RESPONSIVE PLEADING**

Pursuant to Federal Rule of Civil Procedure 24(c), Proposed Intervenor Bayou Bridge Pipeline, LLC, hereby submits its pleading setting forth the claim or defense for which intervention is sought. Proposed Intervenor is seeking intervention in order to participate in further proceedings in this matter in opposition to Plaintiffs' claims and in defense of federal agency decisions regarding the various federal permits and authorizations granted to Proposed Intervenor that are at issue in this case.

Proposed Intervenor is seeking intervention to defend against Plaintiffs' two claims for relief alleging violations of the National Environmental Policy Act, the Clean Water Act, and the Rivers and Harbors Act, with regard to federal authorizations or other actions or processes related to the Bayou Bridge Pipeline.

If granted intervention, Proposed Intervenor will file an answer or otherwise respond to the complaint at the same time as defendant United States Army Corps of Engineers is required to do so by rule or in accordance with any schedule established by this Court.

Dated: January 26, 2018               Respectfully submitted:

*/s/ Justin J. Marocco*
**James C. Percy (La. Bar No. 10413)**
**Justin J. Marocco (La. Bar No. 35226)**
**Jones Walker, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809-7000
Telephone: (225) 248-2130
Facsimile:  (225) 248-3130
jpercy@joneswalker.com
jmarocco@joneswalker.com

-and-

**William S. Scherman (*pro hac* to be filed)**
**David Debold (*pro hac* to be filed)**
**Gibson, Dunn & Crutcher LLP**
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
wscherman@gibsondunn.com
ddebold@gibsondunn.com

*Counsel for Bayou Bridge Pipeline, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by filing the same in this Court's CM/ECF system this 26th day of January, 2018.

*/s/ Justin J. Marocco*

2