UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ATCHAFALAYA BASINKEEPER,
LOUISIANA CRAWFISH PRODUCERS
ASSOCIATION-WEST, GULF RESTORATION
NETWORK, WATERKEEPER ALLIANCE, AND
SIERRA CLUB AND ITS DELTA CHAPTER

VERSUS

U.S. ARMY CORPS OF ENGINEERS

CIVIL ACTION

18-23-SDD-EWD

## RULING & ORDER

This matter is before the Court on the *Motion for Preliminary Injunction*[1] filed by Plaintiffs, Atchafalaya Basinkeeper, Louisiana Crawfish Producers Association-West, Gulf Restoration Network, Waterkeeper Alliance, and Sierra Club and its Delta Chapter ("Plaintiffs"). Defendant, U.S. Army Corps of Engineers ("Corps") filed an *Opposition* to this motion,[2] as did Intervenor Bayou Bridge Pipeline, LLC ("BBP")[3] and Intervenor Stupp Bros, Inc. d/b/a Stuff Corporation ("Stupp").[4] The Court held a preliminary injunction hearing on February 8 and February 9, 2018 where the Court took evidence and heard argument on Plaintiffs' motion. All parties were granted leave to file Post-Hearing Briefs on the motion,[5] which the Court has reviewed in considering this motion.

---

[1] Rec. Doc. No. 15. Plaintiffs initially filed a *Motion for a Temporary Restraining Order* (Rec. Doc. No. 16), which the Court denied (Rec. Doc. No. 24).
[2] Rec. Doc. No. 37-2.
[3] Rec. Doc. No. 36.
[4] Rec. Doc. No. 51.
[5] Rec. Doc. Nos. 73, 74, 75, & 76.
Document Number: 44266

For written reasons to be assigned at a later date, the Court hereby GRANTS the preliminary injunction, and Defendant and Intervenors are hereby ENJOINED from taking any further action on this project in order to prevent further irreparable harm until this matter can be tried on the merits. The Court will issue detailed reasons supporting this *Ruling* as soon as possible.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 23 day of February, 2018.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA