# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

ATCHAFALAYA BASINKEEPER,
LOUISIANA CRAWFISH PRODUCERS
ASSOCIATION-WEST, GULF
RESTORATION NETWORK,
WATERKEEPER ALLIANCE, and
SIERRA CLUB and its DELTA CHAPTER,

          Plaintiffs,

v.

U.S. ARMY CORPS OF ENGINEERS,

          Defendant,

BAYOU BRIDGE PIPELINE, LLC,

          Intervenor-Defendant,

and

STUPP BROS, INC. D/B/A STUPP
CORPORATION,

          Intervenor-Defendant.

Case No. 3:18-cv-00023-SDD-EWD

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A), notice is hereby given that Intervenor-Defendant Bayou Bridge Pipeline, LLC, appeals to the United States Court of Appeals for the Fifth Circuit from the Ruling and Order granting the Plaintiffs' Motion for Preliminary Injunction, entered on this Court's docket on February 23, 2018 (Rec. Doc. No. 81), together with all findings and determinations embodied in the order, and all other orders and rulings adverse to Bayou Bridge in this case.

Dated: February 26, 2018         */s/ William S. Scherman*
                                 William S. Scherman (*pro hac vice*)
                                 David J. Debold (*pro hac vice*)
                                 GIBSON, DUNN & CRUTCHER LLP
                                 1050 Connecticut Avenue, N.W.
                                 Washington, D.C.  20036
                                 Telephone: (202) 955-8500
                                 Facsimile: (202) 467-0539
                                 wscherman@gibsondunn.com

                                 James C. Percy (La. Bar No. 10413)
                                 Brandon K. Black (La. Bar No. 24298)
                                 Justin J. Marocco (La. Bar No. 35226)
                                 JONES WALKER, LLP
                                 Four United Plaza
                                 8555 United Plaza Boulevard
                                 Baton Rouge, LA  70809
                                 Telephone: (225) 248-2130
                                 Facsimile:  (225) 248-3130
                                 jpercy@joneswalker.com

                                 *Counsel for Bayou Bridge Pipeline, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing motion and accompanying memorandum of law has been served upon all counsel of record by filing the same in this Court's CM/ECF system this 26th day of February, 2018.

/s/ William S. Scherman
William S. Scherman (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
wscherman@gibsondunn.com