## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ATCHAFALAYA BASINKEEPER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-23-SDD-EWD** |
| **UNITED STATES ARMY CORPS OF ENGINEERS** | |

### RESPONSE OF NO OPPOSITION

Defendant, the United States Army Corps of Engineers (Corps), responds to Plaintiffs' Motion for Extension of Page Limits (R. Doc. 172) by notifying the Court that it does not oppose Plaintiffs' request to exceed the page limit.

        UNITED STATES OF AMERICA, by

        BRANDON J. FREMIN
        UNITED STATES ATTORNEY

        <u>/s/ Ellen Miletello Kinney</u>
        Ellen Miletello Kinney, LBN 34679
        Assistant United States Attorney
        777 Florida Street, Suite 208
        Baton Rouge, Louisiana  70801
        Telephone: (225) 389-0443
        Fax: (225) 389-0561
        E-mail:  ellen.kinney@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on November 26, 2018, a copy of the above Response was filed electronically with the Clerk of Court for the Middle District of Louisiana using the Court's CM/ECF system. A copy of this Response was contemporaneously served on counsel for all parties by electronic means and notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Ellen Miletello Kinney
Ellen Miletello Kinney
Assistant U.S. Attorney