UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ATCHAFALAYA BASINKEEPER, LOUISIANA CRAWFISH PRODUCERS ASSOCIATION-WEST, GULF RESTORATION NETWORK, WATERKEEPER ALLIANCE, and SIERRA CLUB and its DELTA CHAPTER,<br><br>Plaintiffs,<br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS<br><br>Defendant,<br>and<br><br>BAYOU BRIDGE PIPELINE, LLC, and STUPP BROS. d/b/a STUPP CORPORATION<br><br>Intervenor Defendants.<br>_____ | Civ. No. 3:18-cv-00023-SDD-EWD<br><br>SECOND MOTION FOR A PRELIMINARY INJUNCTION |

INTRODUCTION

Pursuant to Fed. R. Civ. P. 65, plaintiffs Atchafalaya Basinkeeper, Louisiana Crawfish Producers Association-West, Gulf Restoration Network, Waterkeeper Alliance, and Sierra Club and its Delta Chapter, hereby move for a preliminary injunction.  Plaintiffs ask this Court to: a) enjoin defendant U.S. Army Corps of Engineers ("Corps") to withdraw the Section 408 and Section 404 permits for Case No. MVN-2015-02295-WII as applied to the entirety of the Atchafalaya Basin, and b) enjoin intervenor Bayou Bridge, LLC from any construction on the pipeline pending resolution of the merits of this case.   This motion is supported by a memorandum of points and authorities, and the declarations of Jan E. Hasselman, Ivor van Heedren, and Dean Wilson, and exhibits thereto.  A proposed order is attached.

1

Respectfully submitted this 23rd day of January, 2019.

s/ *Jan E. Hasselman*
Jan E. Hasselman
WSBA #29107
*(Lead Attorney; Admitted Pro Hac Vice)*
Jaimini Parekh
CABA #309983
*(Admitted Pro Hac Vice)*
Earthjustice
705 2nd Avenue, Suite 203
Seattle, WA 98104
Ph: (206) 343-7340
Cell: (206) 719-6512
Fax: (206) 343-1526
jhasselman@earthjustice.org
jparekh@earthjustice.org

Adrienne Bloch
CABA #215471
*(Admitted Pro Hac Vice)*
50 California St. Suite 500
San Francisco, CA 94111
Ph: (415) 217-2000
Fax: (415) 217-2040
abloch@earthjustice.org
*Attorneys for Plaintiffs*

Alisa Coe
LSBA #27999
Earthjustice
111 S. Martin Luther King Jr. Blvd
Tallahassee, FL 32301
Ph: (850) 681-0031
Fax: (850) 681-0020
acoe@earthjustice.org
*Local Counsel for Plaintiffs*

Misha L. Mitchell,
LSBA #37506
Atchafalaya Basinkeeper
47 Mt Laurel Ave
Birmingham, AL 35242
Phone: (225) 692-1133
Fax: (225) 692-4114
basinkeeperlegal@gmail.com
*Attorney for Atchafalaya Basinkeeper*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the *SECOND MOTION FOR A PRELIMINARY INJUNCTION* has been served upon all counsel of record by filing the same in this Courts' CM/ECF system on this 23rd day of January, 2019.

*s/ Jan E. Hasselman*
Jan E. Hasselman