# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ATCHAFALAYA BASINKEEPER, LOUISIANA CRAWFISH PRODUCERS ASSOCIATION-WEST, GULF RESTORATION NETWORK, WATERKEEPER ALLIANCE, and SIERRA CLUB and its DELTA CHAPTER,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>　　　　　　　　　　Defendant,<br><br>BAYOU BRIDGE PIPELINE, LLC,<br><br>　　　　　　　Intervenor-Defendant,<br><br>and<br><br>STUPP BROS., INC. D/B/A STUPP CORPORATION,<br><br>　　　　　　　Intervenor-Defendant. | Case No. 3:18-cv-00023-SDD-EWD |

## INTERVENOR-DEFENDANT STUPP BROS., INC. D/B/A STUPP CORPORATION'S OPPOSITION TO PLAINTIFFS' <u>MOTION FOR RECONSIDERATION</u>

Intervenor-Defendant Stupp Bros., Inc. d/b/a Stupp Corporation ("Stupp") opposes Plaintiffs' Motion for Reconsideration (Doc. #: 194.) As set forth more fully in Intervenor-Defendant Bayou Bridge Pipeline, LLC'S Opposition to that Motion (Doc. #: 196), the Court has already decided, and reaffirmed, that summary-judgment briefing should await the Court's ruling as to the scope of the record on which briefing will be based, and there

2327791

is no basis for reconsidering or changing that sensible decision. Accordingly, Stupp joins in, and incorporates by reference as though fully set forth herein, Intervenor-Defendant Bayou Bridge Pipeline, LLC's Opposition to Plaintiffs' Motion for Reconsideration (Doc. #: 196), and respectfully requests that the Court deny Plaintiffs' Motion.

Respectfully submitted,

**LEWIS RICE LLC**

Dated: May 6, 2019        By: /s/    Richard B. Walsh, Jr.
       Richard B. Walsh, Jr. (*pro hac vice*)
       Edward T. Pivin (*pro hac vice*)
       600 Washington Avenue, Suite 2500
       St. Louis, Missouri 63101
       Telephone:  (314) 444-7600
       Facsimile:  (314) 612-7722
       rwalsh@lewisrice.com
       epivin@lewisrice.com

       /s/    William C. Kaufman III
       **SEALE, SMITH, ZUBER & BARNETTE**
       William C. Kaufman III, Bar No. 7657
       John Swanner, Bar No. 08738
       8550 United Plaza Blvd., Suite 200
       Baton Rouge, LA  70809
       Telephone: (225) 924-1600
       Facsimile: (225) 924-6100
       wckaufman@sszblaw.com
       johnswanner@sszblaw.com

*Attorneys for Intervenor-Defendant*
*Stupp Bros., Inc. d/b/a Stupp Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and that notice of this filing will be sent to counsel of record for the parties by operation of the Court's electronic filing system.

        **LEWIS RICE LLC**

    By: /s/     Richard B. Walsh, Jr.
        Richard B. Walsh, Jr. (*pro hac vice*)
        Edward T. Pivin (*pro hac vice*)
        600 Washington Avenue, Suite 2500
        St. Louis, Missouri 63101
        Telephone: (314) 444-7600
        Facsimile: (314) 612-7722
        rwalsh@lewisrice.com
        epivin@lewisrice.com

*Attorneys for Intervenor-Defendant*
*Stupp Bros., Inc. d/b/a Stupp Corporation*