# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ATCHAFALAYA BASINKEEPER, LOUISIANA CRAWFISH PRODUCERS ASSOCIATION-WEST, GULF RESTORATION NETWORK, WATERKEEPER ALLIANCE, AND SIERRA CLUB AND ITS DELTA CHAPTER | CIVIL ACTION |
| VERSUS | 18-23-SDD-EWD |
| U.S. ARMY CORPS OF ENGINEERS | |

## JUDGMENT

For the written reasons assigned:

*Judgment* is hereby entered in favor of Defendant, U.S. Army Corps of Engineers, Intervenor Bayou Bridge Pipeline, LLC, and Intervenor Stupp Bros, Inc. d/b/a Stupp Corporation, and against Plaintiffs, Atchafalaya Basinkeeper, Louisiana Crawfish Producers Association-West, Gulf Restoration Network, Waterkeeper Alliance, and Sierra Club and its Delta Chapter.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 25th day of March, 2020.

_____
**SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**

Document Number: 59708